### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
### WESTERN DIVISION

JOSEPH CHRISTIAN MILLER, IV                                    PLAINTIFF

VERSUS                          CIVIL ACTION NO. 5:08cv5-DCB-JMR

HANCOR, INC., TONY LEE JAMES,
and DEFENDANTS A-F                                            DEFENDANTS

### <u>ORDER OF REMAND</u>

This matter having come before the Court on the plaintiff's Motion to Remand [**docket entry no. 16**] and the Court having granted the same after concluding that it lacks jurisdiction over the subject matter of the action; accordingly, based upon 28 U.S.C. § 1447(c) and (e),

**IT IS HEREBY ORDERED** that the above-styled case is forthwith **REMANDED** to the Circuit Court of Warren County, Mississippi.

**SO ORDERED**, this the 5th day of June 2008**.**


       s/ David Bramlette

**UNITED STATES DISTRICT JUDGE**